IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DONTE RUSSELL,

           Plaintiff,

    v.

ELECTRIC MATERIALS COMPANY,

        Defendant.

CIVIL DIVISION

Case No. 1:25-cv-00346

### STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)

The plaintiff and the defendant, by their respective attorneys, stipulate and agree that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the complaint and this action are dismissed with prejudice, without any award of fees and costs by the Court.

| | |
|---|---|
| */s/ Michael J. Bruzzese* | */s/ Jacob Oslick* |
| PA 63306 | PA 311028 |
| 220 Koppers Building | Seyfarth Shaw LLP 620 |
| 436 Seventh Avenue | Eighth Avenue |
| Pittsburgh, PA 15219 | New York, NY 10018 |
| 412.281.8676 | 212.218.5500 |
| mjb@mjblawoffice.com | joslick@seyfarth.com |

Counsel for the Plaintiff

Counsel for the Defendant

### ORDER

AND NOW, this 30th day of June 2026, the foregoing Stipulation is approved as an Order of the Court.

BY THE COURT:

Susan Paradise Baxter
United States District Court Judge